UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61189-CIV-ROSENBAUM/HUNT

BWP MEDIA USA, INC.,

    Plaintiff,

v.

BLUE WOLF MEDIA, INC.,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This matter is before the Court on Plaintiff's Motion for Default Judgment against Defendant Blue Wolf Media, Inc. ECF No. 15. For the reasons set forth in the Court's February 19, 2014, Order, the Court granted Plaintiff's Motion. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff BWP Media USA, Inc., and against Defendant Blue Wolf Media, Inc.

2. Plaintiff BWP Media USA, Inc., shall recover from Defendant Blue Wolf Media, Inc., the amount of **$1,500.00**.

3. This Judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 and shall be enforceable as prescribed by 28 U.S.C. § 2001, *et seq.*, 28 U.S.C. §§ 3001-3307, and Rule 69(a), Fed. R. Civ. P.

4. Pursuant to Rule 7.3(9), S.D. Fla., the Court reserves jurisdiction to enter an award of attorney's fees and costs. Plaintiff's request for attorney's fees and costs is hereby **REFERRED** to the Honorable Patrick M. Hunt for disposition.

5. The Clerk is directed to **CLOSE** this case.

6. Any pending motions are hereby **DENIED AS MOOT**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of February 2014.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record